
RECEIVED
JUN - 2, 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| OTIS R. MCKINLEY (#94760) | DOCKET NO. 11-CV-297; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN LYNN COOPER | MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DISMISSED** for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 2nd day of June, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE